IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FORCEX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:12-cv-1017 |
| v. ) | |
| ) | Judge Aleta A. Trauger |
| GRANT KYLE and BLUGUISE, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff ForceX, Inc. ("Plaintiff") and Defendants Grant Kyle and Bluguise, LLC (collectively, "Defendants"), through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the Complaint in this Civil Action and all claims asserted therein are hereby dismissed with prejudice. Each party will bear its own attorneys' fees and expenses.

Respectfully submitted,

| | |
|---|---|
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | NEXSEN PRUET PLLC |
| /s/ Hans P. Schmidt | /s/ David J. Garrett |
| Samuel F. Miller (TN BPR No. 22936) | David J. Garrett, Esq. (*pro hac vice*) |
| Hans P. Schmidt (TN BPR No. 028108) | R. Daniel Boyce, Esq. (*pro hac vice*) |
| Maia T. Woodhouse (TN BPR No. 30438) | NEXSEN PRUET PLLC |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | 4141 Parklake Ave., Ste 200 |
| | Raleigh, NC 27612 |
| 211 Commerce Street, Suite 800 | |
| Nashville, Tennessee 37201 | M. Clark Spoden, Esq. |
| Telephone: (615) 726-5594 | STITES & HARBISON, PLLC |
| Facsimile: (615) 744-5594 | 401 Commerce Street, Ste. 800 |
| Email: smiller@bakerdonelson.com | Nashville, TN 37219 |
| *Attorneys for Plaintiff Radio Systems Corporation* | *Attorneys for Defendants Grant Kyle and Bluguise, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, a true and correct copy of the foregoing document was filed electronically. Notice was served on the parties listed below by the Court's ECF system and/or U.S. Mail, postage prepaid:

M. Clark Spoden, Esq.
STITES & HARBISON, PLLC
401 Commerce Street, Ste. 800
Nashville, TN 37219

David J. Garrett, Esq. (*pro hac vice*)
R. Daniel Boyce, Esq. (*pro hac vice*)
NEXSEN PRUET PLLC
4141 Parklake Ave., Ste 200
Raleigh, NC 27612

*/s/ Hans P. Schmidt*
Hans P. Schmidt